[No. 6852–1–I.  Division One.  January 7, 1980.]

BEATRICE E. GRAVES, *Appellant,* v. GERALD W. GRAVES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 823849, George H. Revelle, J., entered July 17, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, A.C.J., and Dore, J.

[No. 7029–1–I.  Division One.  January 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK NEAL HERRING, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–1–00216–6, Dennis J. Britt, J., entered September 21, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Dore, JJ.

[No. 7107–6–I.  Division One.  January 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD A. FALKENHAGEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–84081, Robert W. Winsor, J., entered October 13, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Dore, JJ.